ACCEPTED
14-14-00160-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 10:22:10 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00160-CV

In the Fourteenth District Court of Appeals
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 10:22:10 AM
CHRISTOPHER A. PRINE
Clerk

**Triyar Companies, LLC, Triyar Companies, Inc. fka Triyar Companies, LLC, SJM Realty, Ltd., and GPM Houston Properties, Ltd.,**

*Appellants,*

v.

**Fireman's Fund Insurance Company,**

*Appellee.*

On Appeal from the 55th Judicial District Court
Harris County, Texas
Cause No. 2010-47654

### NOTICE OF CHANGE OF FIRM AND ADDRESS

Robert M. Hoffman, counsel for Appellee, Fireman's Fund Insurance Company, files this Notice of Change of Firm and Address.

Effective immediately, Robert M. Hoffman respectfully requests that all notices, be sent to him at the following address:

> Robert M. Hoffman
> Andrews Kurth LLP
> 1717 Main Street, Suite 3700
> Dallas, Texas 75201
> Telephone: 214.659.4653
> Facsimile: 214.915.1483
> robhoffman@andrewskurth.com

DAL:918203.1

Respectfully submitted,

/s/Robert M. Hoffman
Robert M. Hoffman
State Bar No. 09788200
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.659.4653
Facsimile: 214.915.1483
robhoffman@andrewskurth.com

**ATTORNEY FOR APPELLEE**

**CERTIFICATE OF SERVICE**

On May 1, 2015, I electronically filed this Notice of Change of Firm and Address

with the Clerk of Court using the eFile.TXCourts.gov electronic filing system which will

send notification of such filing to the following:

Brendan K. McBride
THE MCBRIDE LAW FIRM
425 Soledad, Suite 620
San Antonio, Texas 78205
brendan.mcbride@att.net

Reagan W. Simpson
YETTER COLEMAN, LLP
909 Fannin, Suite 3600
Houston, Texas 77010
rsimpson@yettercoleman.com

/s/Robert M. Hoffman
Robert M. Hoffman

DAL:918203.1